UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM LEE GRANT, II, <br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Civil No. 21-11358-NMG <br> ) <br> ) <br> ) <br> ) |

REPORT AND RECOMMENDATION
[Docket No. 6]
September 2, 2021

Boal, M.J.

I.   INTRODUCTION

Plaintiff William Lee Grant, II filed in the Trial Court of Plymouth County in July 2021, a pro se complaint against Ret. General Joseph F. Dunford, Jr. Ret. General Dunford removed the case to the United States District Court for the District of Massachusetts, see Docket No. 1, and the United States was substituted as sole defendant under 28 U.S.C. § 2679. See Docket No. 5. The defendant has moved for judicial screening, to set aside default, and for stay of responsive pleading deadline. See Docket No. 6.

For the following reasons, this Court recommends[1] that the District Judge assigned to this case grant the motion to the extent that the default should be set aside, and the action should be dismissed. This Court also recommends that Judge Gorton should enter an order enjoining Grant from filing further pro se complaints against Ret. General Dunford and other federal officials without leave from the Court.

---

[1] On August 24, 2021, Judge Gorton referred this motion to the undersigned United States Magistrate Judge. Docket No. 8.

*Report and Recommendation accepted and adopted.*
*NMGorton, USDJ 09/24/2021*