**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **WILLIAM LEE GRANT, II,** | ) |
| **Plaintiff,** | ) |
|  | ) |
|  | ) **Civil Action No.** |
| **v.** | ) **21-11358-NMG** |
|  | ) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |
|  | ) |

**ORDER**

**GORTON, J.**

On September 24, 2021, this Court adopted the September 2, 2021 Report and Recommendation, see Docket No. 9, and dismissed the instant action upon the finding that the action was frivolous and that William Lee Grant II had repeatedly filed frivolous litigation in this and other federal courts. Docket No. 11. In an earlier action Grant was warned that he could be subject to sanctions should he continue to file lawsuits such as the instant action in this district. See Grant II v. Dunford, et al., 21-10478-WGY (D. Mass. May 6, 2021).

Grant's repeated filing of frivolous and vexatious lawsuits is an abuse of the processes of this Court for the administration of justice.[1] "Courts in this circuit have repeatedly found that a

---

[1] "Vexatious conduct occurs where a party's actions are 'frivolous, unreasonable, or without foundation' even without the presence of 'subjective bad faith.'" Azubuko v. MBNA Am. Bank, No. 05-cv-11777-REK, 396 F. Supp. 2d 1, 7 (D. Mass. 2005) (quoting Local

plaintiff who files multiple frivolous and vexatious lawsuits arising out of the same or similar events can be enjoined from filing further lawsuits without leave." Clemens v. Town of Scituate, No. 13-cv-11598-FDS, 2014 WL 12792990, at *6 (D. Mass. June 16, 2014) (collecting cases).

Accordingly, William Lee Grant II is hereby enjoined from filing further lawsuits in this district against Ret. General Dunford and other federal officials without leave of the Court. If Grant seeks to file papers of this nature in this district, he must file a written petition seeking leave to do so.  The petition must contain a copy of this Order, together with the papers sought to be filed, and a certification under oath that there is a good-faith basis for the filing. The Clerk of Court shall accept the documents, mark them received, and forward them, for action on the petition to a judge of this Court authorized to act on matters on the Miscellaneous Business Docket of the Court.  A copy of this Order shall be distributed to the Clerk of Court.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: October 7, 2021

---

285, Serv. Emps. Int'l Union v. Nonotuck Res. Assocs., Inc., 64 F.3d 735, 737 (1st Cir. 1995)).